**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Clarence Chan, | NO. C 10-02528 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Empire Fire and Marine Ins. Co., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on November 15, 2010. On August 17, 2010, Defendants filed a Case Management Statement. (See Docket Item No. 10.) Plaintiff, in *pro se*, failed to join in Defendants' Statement or file his own.

Accordingly, the Court CONTINUES the Conference to **December 6, 2010 at 10 a.m.** On or before **November 22, 2010**, the parties shall file a Joint Case Management Statement. In light of Plaintiff's pro se status, Plaintiff may file a separate Statement if he so desires. However, Plaintiff must demonstrate to the Court that he is prosecuting this action.

Failure to comply with this Order may result in dismissal pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: November 10, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elaine I. Videa evidea@bishop-barry.com
Jonathan Gross jgross@bishop-barry.com

Clarence Chan
3195 Aleexis Drive
Palo Alto, CA 94303

**Dated: November 10, 2010**            **Richard W. Wieking, Clerk**

                    **By:  /s/ JW Chambers**
                      **Elizabeth Garcia**
                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California