Jonathan Gross, SBN: 122010
jgross@bishop-barry.com
Elaine Videa, SBN: 216718
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendants*
EMPIRE FIRE AND MARINE INSURANCE COMPANY (erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY) and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLARENCE CHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,<br><br>Defendant(s). | **Case No.: C10-02528-JW**<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)**<br><br>Date: April 4, 2011<br>Time: 9:00 a.m.<br>Dept: 8<br>Judge: Hon. James Ware<br><br>Trial Date: None<br>Complaint Filed: February 3, 2010 |

PLEASE TAKE NOTICE that on Monday April 4, 2011, at 9:00 a.m., or as soon as this matter can be heard before the Honorable James Ware, in Courtroom 8 of the United States District Court, Northern District, located at 280 South First Street, San Jose, CA, 95113, Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY (erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY) ("Empire") and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE

AGENCY, INC.) ("Sterling") will and hereby move the Court pursuant to Federal Rule of Civil Procedure 56, and Local Rule 56, and other relevant law and authority for an order:

1. Granting summary judgment against Plaintiff and in favor of Defendant Sterling because Sterling was not a party to the contract of insurance which Plaintiff alleges was breached.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

## I. Introduction

Plaintiff Clarence Chan has sued three entities for bad faith breach of an insurance policy: (1) Empire; (2) Sterling; and (3) "Zurich." "Zurich" has not been served. The insurance policy involved was issued by Empire to Plaintiff. Empire is the proper defendant.

No cause of action for breach of contract can lie against Sterling because it was not a party to the insurance policy. It is a matter of black letter law that one must be a party to the contract of insurance in order to be sued for breaching it. Accordingly, summary judgment should be entered against Plaintiff and in favor of Sterling.

## II. Statement of Facts

Empire issued Homeowner's Policy ZHO169746-1 to Plaintiff for Plaintiff's home at 8308 Jo Marcy Drive, Las Vegas, NV 89131. (See Declaration of David S. Williams filed in support of this motion at ¶3, and Exhibit 1 thereto.) Although the house was in Nevada, the Policy was issued to Plaintiff in California. (*Id.*)

On or about May 7, 2007, the house was allegedly burglarized, and Plaintiff made an insurance claim for allegedly stolen property. Based on the initial investigation, Empire advanced almost $10,000 to Plaintiff. Plaintiff claimed losses of property amounting to $90,000. (*Id.* at ¶4.)

Sterling is an agent for Empire. Sterling handled Plaintiff's claim on behalf of Empire. (*Id.* at ¶5.) Sterling, however, is an independent entity from Empire, i.e., it is neither a subsidiary or affiliate thereof. Sterling is not a party to the insurance policy. (*Id.* at ¶5, and Exhibit 1 thereto.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

On February 6, 2009, Empire denied the claim because Plaintiff failed to produce requested, relevant documentation, and because he did not complete an examination under oath, as required under Empire's insurance policy. (*Id.* at ¶6, and Exhibit 2 thereto.)

On or about February 3, 2010, Plaintiff filed this action. The complaint contains one cause of action against all defendants entitled "bad faith breach of contract." See Exhibit 3 to Elaine Videa's declaration and see Request for Judicial Notice.

**III. <u>Legal Argument</u>**

**A. Standard of Review**

Summary judgment is proper if "the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). The purpose of summary judgment "is to isolate and dispose of factually unsupported claims or defenses." *Celotex v. Catrett*, 477 U.S. 317, 323-24, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986).

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

**B. Under Both California and Nevada Law, Plaintiff Cannot Sue a Non-Party to a Contract for Breach of Contract, or for Bad Faith Breach of Contract**

There is no genuine dispute as to a material fact as to Sterling because Plaintiff cannot maintain a cause of action for breach of contract against Sterling.

A party cannot assert a claim for breach of contract or bad faith against one who is not a party to the contract. *Tri-Continent International Corporation v. Paris Savings and Loan Association* (1993) 12 Cal. App. 4th 1354, 1359; *Jones v. Aetna Casualty and Surety Company* (1994) 26 Cal. App. 4th 1717; accord, *Pitegoff v. Rocky Mt. Hosp. & Med. Serv.*, 2008 U.S. Dist. LEXIS 26349 (D. Nev. Mar. 19, 2008), citing *Gunny v. Allstate Ins. Co.*, 108 Nev. 344, 830 P.2d 1335, 1335-36 (Nev. 1992); *United Fire Ins. Co. v. McClelland*, 105 Nev. 504, 780 P.2d 193, 197 (Nev. 1989).

The insurance policy was between Empire and Plaintiff. Sterling was not a party to the insurance policy. Accordingly, there is no genuine dispute as to a material fact as to Sterling. Plaintiff simply cannot assert a valid claim against Sterling for breach of contract, or bad faith

breach of contract, because Sterling was not a party to the policy. Empire issued the policy and is the proper defendant.

## IV. Conclusion

Accordingly, Defendant Sterling respectfully requests that this Court grant summary judgment against Plaintiff as to Sterling.

Dated: February 18, 2011

BISHOP | BARRY | DRATH

By: [signature]

Jonathan Gross
Elaine Videa
*Attorneys for Defendants*
Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY (erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY) and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899