Jonathan Gross, SBN: 122010
jgross@bishop-barry.com
Elaine Videa, SBN: 216718
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendants*
EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLARENCE CHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,<br><br>Defendant(s). | **Case No.: C10-02528-JW**<br><br>**REPLY RE MOTION AND MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)**<br><br>Date: April 25, 2011<br>Time: 9:00 a.m.<br>Dept: 8<br>Judge: Hon. James Ware<br><br>Trial Date: None<br>Complaint Filed: February 3, 2010 |

PLEASE TAKE NOTICE that Plaintiff Clarence Chan did not file or serve an opposition to Defendant Sterling National Insurance Agency Inc.'s ("Sterling") Motion for Summary Judgment.

///

///

///

///

Defendant Sterling requests that its motion for summary judgment be granted as unopposed.

Respectfully Submitted,

Dated: April 7, 2011

BISHOP | BARRY | DRATH

By: Elaine Videa

Jonathan Gross
Elaine Videa
*Attorneys for Defendants*
Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY, and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899