Jonathan Gross, SBN: 122010
jgross@bishop-barry.com
Elaine Videa, SBN: 216718
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendants*
EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

CLARENCE CHAN, an Individual

Plaintiff,

vs.

EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,

Defendant(s).

**Case No.: C10-02528-EJD**

**REPLY RE MOTION AND MOTION FOR SUMMARY JUDGMENT IN FAVOR OF DEFENDANT EMPIRE FIRE AND MARINE INSURANCE COMPANY**

Date: July 15, 2011
Time: 9:00 a.m.
Dept: 1
Judge: Hon. Edward J. Davila

Trial Date: None
Complaint Filed: February 3, 2010

PLEASE TAKE NOTICE that Plaintiff Clarence Chan did not file or serve an opposition to Defendant Empire Fire and Marine Insurance Company ("Empire Fire") Motion for Summary Judgment.

///

///

///

///

BISHOP | BARRY | DRATH
2000 Powell Street Suite 1425
Emeryville, California 94608
Tel. No. (510) 596-0888
Fax No. (510) 596-0899

Defendant Empire Fire requests that its motion for summary judgment be granted as unopposed.

Respectfully Submitted,

Dated: June 30, 2011

BISHOP | BARRY | DRATH

By: Elaine Videa

Jonathan Gross
Elaine Videa
*Attorneys for Defendants*
Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY, and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899