Jonathan Gross, SBN: 122010
jgross@bishop-barry.com
Elaine Videa, SBN: 216718
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendants*
EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLARENCE CHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,<br><br>Defendant(s). | **Case No.: C10-02528-EJD**<br><br>**SUPPLEMENTAL REPLY BRIEF ON EMPIRE FIRE AND MARINE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: July 15, 2011 [Under Submission]**<br>**Time: 9:00 a.m.**<br>**Dept: 1**<br>**Judge: Hon. Edward J. Davila**<br>**Trial Date: None**<br>**Complaint Filed: February 3, 2010** |

///

///

///

///

///

///

///

///

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

To the Court and to Plaintiff Clarence Chan:

Empire Fire and Marine Insurance Company ("Empire Fire") effectively served its Motion for Summary Judgment at Plaintiff's last known address. On or about July 6, 2011, after Empire Fire filed its notice of non-opposition, counsel for Empire Fire and Marine Insurance Company ("Empire Fire") received as non-deliverable (Return to Sender) Empire Fire's Motion for Summary Judgment that had been served on Plaintiff on May 26, 2011. The Court has taken this motion under submission.

Attached to the Declaration of Elaine Videa as Exhibit A is a true and correct copy of the front and back of the envelope enclosing the Motion for Summary Judgment which reflects the mailing and "Return to Sender" dates. As of July 5, 2011, other documents were also returned as non-deliverable. Attached to the Declaration of Elaine Videa as Exhibit B are true and correct copies of the front and back of the envelopes of other documents returned as undeliverable.

**A. <u>The Motion Was Effectively Served at Plaintiff's Last Known Address</u>**

Rule 5(b)(2)(C) of the Federal Rule of Civil Procedure provides as follows:

> A paper is served under this rule by:
>
> ...
>
> (C) mailing it to the person's last known address – in which event service is complete upon mailing.

Empire Fire effectively served its motion for Summary Judgment because Empire Fire served the motion at Plaintiff's last known address. Plaintiff's address on file with the Court is as follows:

3195 Alexis Drive
Palo Alto, CA 94303

Empire Fire served its Motion for Summary Judgment at that address. Attached to the Declaration of Elaine Videa as Exhibit C is a true and correct copy of Empire Fire's Proof of Service on its Motion for Summary Judgment. In addition, attached to the Declaration of Elaine Videa as Exhibit D is a true and correct copy of a Certificate of Service from this Court reflecting

the above address and notifying Plaintiff that the hearing date on the motion had been changed to July 15, 2011. This Court's Docket does not reflect that Plaintiff Chan has filed a change of address. On the other hand, this Court's docket reflects that the address stated above is Plaintiff's current address on file with the Court. See Declaration of Elaine Videa, ¶ 10 and Exhibit E attached thereto.

In addition, attached to the Declaration of Elaine Videa as Exhibit F is a true and correct copy of Plaintiff's Complaint reflecting the above address. Also attached to the Declaration of Elaine Videa as Exhibit G is a true and correct copy of a written discovery request served by Plaintiff Chan as recent as June 21, 2011, reflecting the same address above.

During the parties' June 21, 2011, face to face meet and confer session Plaintiff Chan did not advise counsel for Empire Fire that he had a different address. In fact, he stated that he receives all Court notices sent to him at that address. To date, counsel for Empire Fire has not received notice from Plaintiff Chan that he resides at a different address. See Declaration of Elaine Videa attached hereto, ¶¶13-14. Thus, Empire Fire has effectively served its Motion for Summary Judgment on Plaintiff Chan because the motion was served at his last known address and Plaintiff Chan has failed to notify the Court and Defendants whether he has a new mailing address.

Please note that Sterling National Insurance Agency, Inc.'s Motion for Summary Judgment also on calendar for July 15, 2011, has never been returned as undeliverable.

**B. <u>Plaintiff Chan is Aware of Empire Fire's Motion for Summary Judgment</u>**

During the parties June 21, 2011, Plaintiff Clarence Chan discussed Empire Fire's Motion for Summary Judgment. See Declaration of Elaine Videa attached hereto, ¶ 15. Also attached to the Declaration of Elaine Videa as Exhibit H is a true and correct copy of an email from Plaintiff Chan dated June 21, 2011, acknowledging receipt of notice of Empire Fire's intent to bring a motion for summary judgment.

Empire Fire also served on Plaintiff Chan via email and regular mail an amended notice of motion, this Court's order granting Empire Fire's Motion for Administrative Relief changing the hearing date to July 15, 2011, and an Updated Case Management Statement indicating that

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

Empire Fire had filed a Motion for Summary Judgment. Nonetheless, to date Plaintiff Chan has failed to request an additional copy of the moving papers. See Declaration of Elaine Videa attached hereto. See Declaration of Elaine Videa attached hereto, ¶17.

Respectfully Submitted,

Dated: July 12, 2011

BISHOP | BARRY | DRATH

By: [signature]

Jonathan Gross
Elaine Videa
*Attorneys for Defendants*
Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY, and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. No. (510) 596-0888
FAX No. (510) 596-0899