Jonathan Gross, SBN: 122010
jgross@bishop-barry.com
Elaine Videa, SBN: 216718
evidea@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

*Attorneys for Defendants*
EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888 Facsimile (510) 596-0899

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLARENCE CHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,<br><br>Defendant(s). | **Case No.: C10-02528-EJD**<br><br>**ADDITIONAL SUPPLEMENTAL REPLY BRIEF ON EMPIRE FIRE AND MARINE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: July 15, 2011 [Under Submission]**<br>**Time: 9:00 a.m.**<br>**Dept: 1**<br>**Judge: Hon. Edward J. Davila**<br>**Trial Date: None**<br>**Complaint Filed: February 3, 2010** |

///

///

///

///

///

///

///

///

To the Court and to Plaintiff Clarence Chan:

This is an additional supplemental reply brief on Empire Fire and Marine Insurance Company's ("Empire Fire") motion for summary judgment regarding further investigation into the Return to Sender issue.

Defendants have received new information that Plaintiff is refusing to accept and failing to open Defendants' correspondence and litigation documents served on him in this matter including but not limited to motion papers, discovery requests, deposition notices, expert disclosures and this is the reason that Defendant Empire Fire's Motion for Summary Judgment has been Returned to Sender.

We previously advised the Court that on July 6, 2011, counsel for Empire Fire received as non-deliverable (Return to Sender) Empire Fire's Motion for Summary Judgment that had been served on Plaintiff on May 26, 2011. Attached to the Declaration of Elaine Videa as Exhibit A, filed in support of its supplemental brief, is a true and correct copy of the front and back of the envelope enclosing the Motion for Summary Judgment which reflects the mailing and "Return to Sender" dates. The envelope contains three hand written letters that read "RTS" and the mailing address of the addressee has been blacked out.

On July 15, 2011, counsel for Defendants received additional Return to Sender documentation reflecting on the envelope the same handwritten RTS letters and with address blacked out. The Return to Sender stamp states that this document was "REFUSED". Thus, Plaintiff Clarence Chan is refusing to accept Defendants' motion papers and all other litigation documentation and correspondence. It appears that Plaintiff Chan is returning Defendants' served documents to the post office unopened as the envelope is returned sealed. All returned envelopes have "RTS" written on the front in the same hand writing.

///

///

///

///

///

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. NO. (510) 596-0888
FAX NO. (510) 596-0899

Attached to the Declaration of Elaine Videa in support of this additional supplemental brief as Exhibit A is a true and correct copy of the envelope reflecting that Plaintiff Chan is refusing Defendants' documents and correspondence.

Respectfully Submitted,

Dated: July 15, 2011

BISHOP | BARRY | DRATH

By: [signature]

Jonathan Gross
Elaine Videa
*Attorneys for Defendants*
Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, erroneously sued herein as EMPIRE FIRE & MARINE INSURANCE COMPANY, and STERLING NATIONAL INSURANCE AGENCY, INC. (formerly known as ZC STERLING INSURANCE AGENCY, INC.)

BISHOP | BARRY | DRATH
2000 POWELL STREET SUITE 1425
EMERYVILLE, CALIFORNIA 94608
TEL. No. (510) 596-0888
FAX No. (510) 596-0899