1  Jonathan Gross, SBN: 122010
   jgross@bishop-barry.com
2  Elaine Videa, SBN: 216718
   evidea@bishop-barry.com
3  BISHOP | BARRY | DRATH
   2000 Powell Street, Suite 1425
4  Emeryville, California 94608
   Telephone: (510) 596-0888
5  Facsimile:  (510) 596-0899

6  *Attorneys for Defendants*
   EMPIRE FIRE AND MARINE INSURANCE
7  COMPANY [erroneously sued herein as
   Empire Fire & Marine Insurance
8  Company] and STERLING NATIONAL
   INSURANCE AGENCY, INC. [now known as QBE
9  FIRST Insurance Agency, Inc., formerly known as
   Sterling National Insurance Agency, Inc., formerly
10 known as ZC Sterling Insurance Agency, Inc., and
   erroneously sued herein as ZC Sterling Insurance
11 Agency, Inc.]



IT IS SO ORDERED
Judge Edward J. Davila
8/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLARENCE CHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE FIRE & MARINE INSURANCE COMPANY, an unknown business entity, ZC STERLING INSURANCE AGENCY, INC., a corporation; ZURICH, an unknown entity; and Does 1-100, inclusive,<br><br>Defendant(s). | Case No.: C10-02528-EJD<br><br>[PROPOSED] JUDGMENT OF DISMISSAL OF THE ENTIRE ACTION ON THE ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, [erroneously sued herein as Empire Fire & Marine Insurance Company] AND STERLING NATIONAL INSURANCE AGENCY, INC. [now known as QBE FIRST Insurance Agency, Inc., formerly known as Sterling National Insurance Agency, Inc., formerly known as ZC Sterling Insurance Agency, Inc., and erroneously sued herein as ZC Sterling Insurance Agency, Inc.]<br><br>Date: July 15, 2011[Under Submission].<br>Time: 9:00 a.m.<br>Dept: 1<br>Judge: Hon. Edward J. Davila<br><br>Trial Date: None<br>Complaint Filed: February 3, 2010 |

In this action, two motions for summary judgment brought by defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. were taken under submission by the Honorable Edward J. Davila without a hearing as prescribed by Northern District of California Local Rule 7-1.

Whereas the evidence and issues presented having been fully considered and a decision having been duly rendered, and whereas on July 29, 2011, the Court granted defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC.'s Motions for Summary Judgment in their favor on the complaint filed by Plaintiff Clarence Chan. Attached hereto as Exhibit A is a copy of this Court's Order granting summary judgment.

Whereas the Court's ruling would entitle Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY and STERLING NATIONAL INSURANCE AGENCY, INC. to a judgment of dismissal with prejudice in their favor on all causes of action against them in Plaintiff's Complaint.

Whereas Plaintiff's complaint also names "ZURICH an unknown entity" that was never served with process and has not generally appeared in this action. Attached hereto as Exhibit B is a true and correct copy of the Summons and Empire Fire And Marine Insurance Company And Sterling National Insurance Agency, Inc.'s answer filed in the Superior Court County of Santa Clara prior to the action being removed to federal court.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiff Clarence Chan take nothing, that the action be dismissed on the merits and that a judgment of dismissal with prejudice of the entire action on the complaint brought by Plaintiff Clarence Chan in the above-entitled action is entered in favor of Defendants EMPIRE FIRE AND MARINE INSURANCE COMPANY, and STERLING NATIONAL INSURANCE AGENCY, INC. [now known as QBE FIRST Insurance Agency, Inc., formerly known as Sterling National Insurance Agency, Inc., formerly known as ZC Sterling Insurance Agency, Inc., and erroneously sued herein as ZC Sterling Insurance Agency, Inc.] and ZURICH, an unknown entity, as to all causes

of action stated against them.

The Clerk shall close this file.

Dated: August 24, 2011

_____
HONORABLE EDWARD J. DAVILA
DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE CHAN, | Case Number: CV10-02528 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EMPIRE FIRE & MARINE INSURANCE COMPANY, ET AL. et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence Chan
3195 Alexis Drive
Palo Alto, CA 94303

Dated: August 24, 2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk